```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

Columbia Gas of Ohio, Inc.,

  Plaintiff,

  v.          Case No. 2:14-cv-294

City Electric Supply
Company, et al.,

  Defendants.

<u>ORDER</u>

  On October 8, 2014, an entry of default was filed by the clerk against third-party defendant Savannah Management Group. A motion for default judgment was granted by order filed on October 30, 2014, which indicated that the amount of damages would be determined in the future. Doc. 22. On May 15, 2015, plaintiff Columbia Gas of Ohio, Inc., and defendant City Electric Supply Company filed a joint motion for a damage determination against Savannah, seeking a damage award in the amount of $400,000. On October 27, 2015, the magistrate judge filed a report and recommendation recommending that the joint motion be granted, and that the clerk be directed to enter judgment on the third-party complaint against Savannah Management Group in the amount of $400,000.00. On November 16, 2015, a show cause order was entered directing Savannah Management Group to show cause no later than November 30, 2015, as to why the report and recommendation should not be adopted. No response to the show cause order has been received, and no party has objected to the report and recommendation.

  Accordingly, the court adopts the report and recommendation

(Doc. 33).  The joint motion to determine damages (Doc. 28) is granted.  The clerk shall enter judgment in favor of defendant City Electric Supply Company and against third-party defendant Savannah Management Group in the amount of $400,000.00.

Date: December 15, 2015                        s/James L. Graham
                                            James L. Graham
                                            United States District Judge