IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
Columbia Gas of Ohio, Inc.,     :

        Plaintiff,               :

   v.                            :          Case No. 2:14-cv-294

                                 :          JUDGE JAMES L. GRAHAM
City Electric Supply                        Magistrate Judge Kemp
Company, et al,                  :

        Defendants.              :
```

**<u>ORDER</u>**

The parties have filed a joint motion to dismiss with prejudice all claims and counterclaims between Columbia Gas of Ohio, Inc. and City Electric Supply Company.  The motion sets forth good cause and the motion (Doc. 38) is therefore granted. The Clerk is directed to terminate this case from the Court's docket.

/s/ Terence P. Kemp
United States Magistrate Judge
